TIFFANY & BOSCO
P.A.

2525 E. CAMELBACK ROAD
SUITE 300
PHOENIX, ARIZONA 85016
TELEPHONE: (602) 255-6000
FACSIMILE: (602) 255-0192

Mark S. Bosco
State Bar No. 010167
Leonard J. McDonald
State Bar No. 014228
Attorneys for Movant

10-08011

# IN THE UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE: | No. 4:09-bk-23354-JMM |
| Douglas Allan Carroll | Chapter 11 |
| Debtor. | STIPULATION FOR REMOVAL OF BANKRUPTCY STAY |
| U. S. Bank, National Association as Trustee, successor-in-interest to Wachovia Bank, N.A. Pooling and Servicing Agreement dated as of November 1, 2004. Asset-Backed Pass-Through Certificates Series 2004-WWF1 by its attorney in fact Wells Fargo Bank, N.A., successor by merger to Wells Fargo Home Mortgage, Inc. | |
| Movant, vs. | |
| Douglas Allan Carroll, Debtor; U.S. Trustee, Trustee. | |
| Respondents. | |

IT IS HEREBY STIPULATED by and between the parties herein, through counsel undersigned, that all stays and injunctions, including the automatic stays under U.S. Bankruptcy Code Section 362(a), are hereby vacated effective immediately with respect to the real property which is

1

the subject of the Deed of Trust recorded, at Recorders No., in the records of the County, Arizona Recorder's Office, wherein Douglas Allan Carroll, is designated as trustor and U. S. Bank, National Association as Trustee, successor-in-interest to Wachovia Bank, N.A. Pooling and Servicing Agreement dated as of November 1, 2004. Asset-Backed Pass-Through Certificates Series 2004-WWF1 by its attorney in fact Wells Fargo Bank, N.A., successor by merger to Wells Fargo Home Mortgage, Inc. is the beneficiary/successor beneficiary, which Deed of Trust encumbers the following described real property:

IT IS FURTHER STIPULATED that the debtor has no desire to maintain or keep the property and has decided to surrender his interest in the property legally described herein.

IT IS FURTHER STIPULATED that Movant is now permitted, in its discretion to commence or conduct a Trustee's Sale, commence judicial foreclosure, or take whatever other actions necessary to protect their interest in the above legally described property.

IT IS FURTHER STIPULATED that an Order Lifting Stay will remain in full force and effect in any bankruptcy chapter to which the Debtor may convert.

IT IS FURTHER STIPULATED that any hearing scheduled in the matter are vacated.

DATED this ____ day of _____, 2010.

TIFFANY & BOSCO, P.A.

By _____
Mark S. Bosco
Leonard J. McDonald
Attorneys for Movant

_____
Eric Ollason
Attorney for Debtor

2