**TIFFANY & BOSCO** P.A.

2525 E. CAMELBACK ROAD
SUITE 300
PHOENIX, ARIZONA 85016
TELEPHONE: (602) 255-6000
FACSIMILE: (602) 255-0192

Mark S. Bosco
State Bar No. 010167
Leonard J. McDonald
State Bar No. 014228
Attorneys for Movant

10-08011

**THIS ORDER IS APPROVED.**

**Dated: April 12, 2010**

JAMES M. MARLAR
Chief Bankruptcy Judge

# IN THE UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE:<br><br>Douglas Allan Carroll<br>      Debtor.<br>_____<br>U. S. Bank, National Association as Trustee, successor-in-interest to Wachovia Bank, N.A. Pooling and Servicing Agreement dated as of November 1, 2004. Asset-Backed Pass-Through Certificates Series 2004-WWF1 by its attorney in fact Wells Fargo Bank, N.A., successor by merger to Wells Fargo Home Mortgage, Inc.<br><br>      Movant,<br>  vs.<br><br>Douglas Allan Carroll, Debtor; U.S. Trustee, Trustee.<br><br>      Respondents. | No. 4:09-bk-23354-JMM<br><br>Chapter 11<br><br>ORDER APPROVING<br>STIPULATION FOR REMOVAL<br>OF BANKRUPTCY STAY |

    IT IS HEREBY ORDERED by and between the parties herein, through counsel undersigned, that all stays and injunctions, including the automatic stays under U.S. Bankruptcy Code Section

1

362(a), are hereby vacated effective immediately with respect to the real property which is the subject of the Deed of Trust recorded in the records of the County, Arizona Recorder's Office, wherein Douglas Allan Carroll, is designated as trustor and U. S. Bank, National Association as Trustee, successor-in-interest to Wachovia Bank, N.A. Pooling and Servicing Agreement dated as of November 1, 2004. Asset-Backed Pass-Through Certificates Series 2004-WWF1 by its attorney in fact Wells Fargo Bank, N.A., successor by merger to Wells Fargo Home Mortgage, Inc. is the beneficiary/successor beneficiary, which Deed of Trust encumbers the following described real property:

IT IS FURTHER ORDERED that the debtor has no desire to maintain or keep the property and has decided to surrender his interest in the property legally described herein.

IT IS FURTHER ORDERED that Movant is now permitted, in its discretion to commence or conduct a Trustee's Sale, commence judicial foreclosure, or take whatever other actions necessary to protect their interest in the above legally described property.

IT IS FURTHER ORDERED that an Order Lifting Stay will remain in full force and effect in any bankruptcy chapter to which the Debtor may convert.

IT IS FURTHER ORDERED that any hearingS scheduled in the matter are vacated.

DATED this _____ day of _____, 2010.

_____
UNITED STATES BANKRUPTCY JUDGE